# United States Bankruptcy Court
## Middle District of Florida- Orlando Division

In re **F&W Company, LLC**　　　　　　　　　　　　　　　　　　　Case No. _____
　　　　　　　　　　　　　　　Debtor(s)　　　　　　　　　　　　　　Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **F&W Company, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

| | |
|---|---|
| **October 10, 2023** | **/s/ K. HUNTER GOFF, ESQ.** |
| Date | **K. HUNTER GOFF, ESQ. 0240930** |
| | Signature of Attorney or Litigant |
| | Counsel for **F&W Company, LLC** |
| | **K. HUNTER GOFF, P.A.** |
| | **600 N US Hwy 27, Suite 6** |
| | **Minneola, FL 34715** |
| | **407-898-8225 Fax:407-898-8226** |
| | **HUNTER@KHGPA.COM** |